IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00659-ZLW-PAC

STEPHEN STARKEY, and
BEDRA STARKEY, on behalf of themselves and on behalf of
JENNIFER STARKEY,
ALYSSA STARKEY, and
JOHN STARKEY,

    Plaintiffs,

v.

BOULDER COUNTY SOCIAL SERVICES,
DOREEN MILLER,
BRIAN RUSSELL,
HOLLY SMITH,
BARBARA PARK,
JULIE KINTZING, and
ANN BALDWIN, in their individual and official capacities,

    Defendants.
_____

## ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    Dated at Denver, Colorado, this __12__ day of April, 2006.

                        BY THE COURT:

                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court